## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN COMPANY, PHARMACIA & UPJOHN COMPANY LLC, SUGEN, INC. and C.P. PHARMACEUTICALS INTERNATIONAL C.V., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC. and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 10-528-GMS |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANT MYLAN INC.

Plaintiffs Pfizer Inc., Pharmacia & Upjohn Company, Pharmacia & Upjohn Company LLC, Sugen, Inc. and C.P. Pharmaceuticals International C.V. (collectively "Pfizer") and Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan") hereby stipulate and agree to the dismissal of Mylan Inc. from the above-captioned litigation. The amended caption will read as follows, *Pfizer Inc. et al. v. Mylan Pharmaceuticals Inc.*, Civil Action No. 10-528 (GMS). The action will continue against Mylan Pharmaceuticals Inc.

It is further stipulated that this dismissal is without prejudice and is subject to the following conditions:

1.    Mylan Inc., on behalf of itself and on behalf of its subsidiaries and affiliates, to the same extent each subsidiary and affiliate would be bound if Mylan Inc. remained a party to this litigation, stipulates to be bound by any judgments, orders, decisions, or appeals in the above-captioned litigation that are binding upon Mylan Pharmaceuticals Inc.

2.      Mylan Inc., on behalf of itself and on behalf of its subsidiaries and affiliates, to

the same extent each subsidiary and affiliate would be subject to discovery under the Federal

Rules of Civil Procedure, local rules of the District of Delaware, or any order of this Court if

Mylan Inc. remained a party to this litigation, stipulate that it will cooperate in the discovery

process as if it is a party to the above-captioned litigation.

3.      Nothing in this stipulation shall affect the parties' rights to file amended pleadings

in accordance with discovery and the scheduling order to be entered by the court in this action.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP        POTTER ANDERSON & CORROON LLP


By: */s/ Maryellen Noreika*                      By: */s/ Philip A. Rovner*
    Jack B. Blumenfeld (#1014)                    Philip A. Rovner (#3215)
    Maryellen Noreika (#3208)                     Hercules Plaza
    1201 North Market Street                      P.O. Box 951
    P.O. Box 1347                                 Wilmington, DE  19899-0951
    Wilmington, DE  19899                         (302) 984-6000
    (302) 658-9200                                provner@potteranderson.com
    jblumenfeld@mnat.com
    mnoreika@mnat.com


2

OF COUNSEL:

Gerson A. Zweifach
Thomas H.L. Selby
Stanley E. Fisher
Sarah F. Teich
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Plaintiffs Pfizer Inc., Pharmacia
& Upjohn Company, Pharmacia & Upjohn
Company LLC, Sugen, Inc. and C.P.
Pharmaceuticals International C.V.*

OF COUNSEL:

Richard S. Meyer
TOWNSEND AND TOWNSEND AND
CREW LLP
1301 K Street, N.W., Ninth Floor, East Tower
Washington, D.C. 20005
(202) 481-9900
rmeyer@townsend.com

Anne M. Rogaski
Byron R. Chin
TOWNSEND AND TOWNSEND AND
CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301-1431
(650) 326-2400
amrogaski@townsend.com
brchin@townsend.com

Elham F. Steiner
TOWNSEND AND TOWNSEND AND
CREW LLP
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
(858) 350-6100
efsteiner@townsend.com

*Attorneys for Defendants Mylan Inc. and
Mylan Pharmaceuticals Inc.*

SO ORDERED this _____ day of _____, 2010.

_____
Chief Judge Gregory M. Sleet

977397

3