IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN COMPANY, PHARMACIA & UPJOHN COMPANY LLC, SUGEN, INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER PHARMACEUTICALS LLC, and PF PRISM C.V. <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 10-528 (GMS) ) ) ) ) ) ) ) |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE DEMONSTRATIVE EXHIBITS AND CITATIONS THERETO IN PLAINTIFFS' POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

**THIS MATTER** having come before the Court upon the motion of Defendant Mylan Pharmaceuticals Inc. ("Mylan") to strike certain demonstrative exhibits and citations thereto from the Post-Trial Proposed Findings of Fact and Conclusions of Law ("Post-Trial Brief") (D.I. 153 & D.I. 155) submitted by Plaintiffs Pfizer Inc., Pharmacia & Upjohn Co., Pharmacia & Upjohn Co. LLC, Sugen, Inc., C.P. Pharmaceuticals International C.V., Pfizer Pharmaceuticals LLC, and PF Prism C.V.; and the Court being satisfied that Exhibit B (D.I. 153-2 & D.I. 155 Ex. B), Exhibit C (D.I. 153-3 & D.I. 155 Ex. C), and Exhibit D (D.I. 153-4 & D.I. 155 Ex. D) were demonstrative aids used at trial, that no party requested to admit Exhibits B, C, or D into evidence, and that the Court did not admit these exhibits as evidence at trial; it is hereby

**ORDERED** that Defendant's Motion to Strike Demonstrative Exhibits and Citations Thereto in Plaintiffs' Post-Trial Proposed Findings of Fact and Conclusions of Law is **GRANTED**.

It is further **ORDERED** that Exhibit B (D.I. 153-2 & D.I. 155 Ex. B), Exhibit C (D.I. 153-3 & D.I. 155 Ex. C), Exhibit D (D.I. 153-4 & D.I. 155 Ex. D), and all references to each of these exhibits in Plaintiffs' Post-Trial Brief (D.I. 153, at ¶¶ 7, 24, 30, 31, 32, 33, 34, 38, 42, 52, 59; and D.I. 155, at ¶¶ 7, 24, 30, 31, 32, 33, 34, 38, 42, 52, 59) are hereby **STRICKEN**.

**SO ORDERED** this 17th day of Sept, 2013.

GREGORY M. SLEET, CHIEF JUDGE
United States District Court
District of Delaware

-2-