IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN COMPANY, PHARMACIA & UPJOHN COMPANY LLC, SUGEN, INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER PHARMACEUTICALS LLC, and PF PRISM C.V., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-528-GMS |

## ORDER

At Wilmington this 22nd day of October, 2014, IT IS HEREBY ORDERED THAT:

1. The asserted claims of the patents-in-suit are not invalid due to obviousness;

2. Plaintiffs' Rule 52(c) motion (D.I. 153) is GRANTED;

3. Defendant's Rule 52(c) motion (D.I. 152) is DENIED;

4. The Clerk of Court is directed to enter final judgment in favor of the plaintiffs.

_____
UNITED STATES DISTRICT JUDGE