IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN COMPANY, PHARMACIA & UPJOHN COMPANY LLC, SUGEN, INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER PHARMACEUTICALS LLC, and PF PRISM C.V., : : : : : : : | |
| Plaintiffs, : | C.A. No. 10-528-GMS |
| v. : | |
| MYLAN PHARMACEUTICALS INC., : : | |
| Defendant. : | |

### JUDGMENT

For the reasons set forth in the court's Memorandum and Order dated October 22, 2014 (D.I. 163 and D.I. 164);

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of plaintiffs and against the defendant.

Dated: Oct 23, 2014

United States District Judge